# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> LACORTE COMPANIES, INC., dba LACORTE ELECTRICAL CONSTRUCTION, <br><br> Defendant. | ) ) ) ) ) Civil Action No. 8:21-cv-0281 (GJH) ) ) ) ) ) ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Trustees of the National Electrical Benefit Fund, by and through the undersigned counsel, hereby notice dismissal of this action. Defendant has not answered the Complaint, filed a motion for summary judgment, or otherwise defended. Plaintiffs therefore notice dismissal of this action pursuant to Rule 41(a)(1)(A)(i).

For the foregoing reasons, Plaintiffs respectfully request this Court to enter its Notice of Dismissal and to dismiss this action without prejudice to renewal.

Respectfully submitted,

Dated:  April 22, 2021

*/s/  Jennifer Bush Hawkins*
Jennifer Bush Hawkins (13064)
POTTS-DUPRE, HAWKINS & KRAMER, CHTD.
900 7th Street NW, Suite 1020
Washington, DC 20001
Phone: 202-223-0888
jhawkins@phk-law.com

*Attorney for Plaintiffs*

_Trustees of the National Electrical Benefit Fund_